JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MCKENNA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEXANDER OLAVE,<br><br>          Defendant. | Case No. 8:24-cv-00626-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 14]" filed substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Walter McKenna shall have **JUDGMENT** in his **FAVOR**, and **AGAINST** Defendant Alexander Olave, in the amount of $653,136 (which consists of the total contractual amount due under the Settlement Agreement of $636,800 and $16,336 in attorneys' fees).

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 27, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE